D/F

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

THOMAS J. OLSEN, Individually and on behalf of all other persons similarly situated,

    Plaintiff,

v.

WE SUPERLATIVE CONSPIRACY, INC.,

    Defendant.

ECF CASE

No.: 1:19-cv-01107 (NGG)(RLM)

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

With Defendant having not filed an Answer or a Summary Judgment Motion, Plaintiff hereby voluntarily dismisses this action with prejudice under Fed. R. Civ. P. 41(a)(1)(A)(i) and shall bear his own fees and costs.

Dated: September 20, 2019
       New York, New York

_____
Christopher H. Lowe
LIPSKY LOWE LLP
420 Lexington Avenue, Suite 1830
New York, New York 10170-1830
chris@lipskylowe.com
Tel: 212.392.4772
*Attorneys for Plaintiff*

**So Ordered.**

s/Nicholas G. Garaufis
**Hon. Nicholas G. Garaufis**
**Date:** 9/20/19